# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00486-CV

**Carol Ann Rosado, Appellant**

**v.**

**Anthony Coll Rosado, Appellee**

### FROM THE 478TH DISTRICT COURT OF BELL COUNTY, NO. 23DFAM340855, THE HONORABLE WADE NICHOLAS FAULKNER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Carol Ann Rosado and Anthony Coll Rosado have filed a joint motion to reinstate this appeal and remand, stating that they have reached an agreement that resolves their dispute. We grant the motion. Consistent with their motion, we reinstate this appeal, set aside the trial court's judgment without regard to the merits, and remand this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Vacated and Remanded

Filed: March 13, 2025